7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Marsha Loutrice Hooker
*Debtor*

*Bankruptcy Case No.*
14–40033–drd7

**Jerald S. Enslein, Trustee**
  Plaintiff(s)

*Adversary Case No.*
15–04090–drd

v.

**Marsha Loutrice Hooker**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: The discharge granted to the Debtor in the Order Discharging Debtor (Doc. 54 of the Docket Report of the Court in the Bankruptcy Case) which was entered on May 16, 2014, is hereby revoked; and the Trustee is hereby awarded costs in the amount of $350.00 and reasonable attorneys fees in the amount of $600.00, such sums to be paid to the Trustee by the Debtor and for which she shall be liable.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
  Deputy Clerk



Date of issuance: 11/4/15

Court to serve